# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 21CR2614-BAS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER ALLOWING DEFENDANT |
| RACHAEL MORENO, | ) | TO WITHDRAW GUILTY PLEA |
| Defendant. | ) | |

**GOOD CAUSE APPEARING,** Rachael Moreno's guilty plea is set aside pursuant to Federal Rule of Criminal Procedure 11(d)(2)(B) which allows a defendant to withdraw a guilty plea "after the court accepts the plea, but before it imposes sentence if…the defendant can show a fair and just reason for requesting the withdrawal." *United States v. Garcia-Lopez*, 903 F.3d 887, 891 (9th Cir. 2018); *United States v. McTiernan*, 546 F.3d 1160, 1167 (9th Cir. 2008). This Court finds that the "fair and just reason" here is for the parties to proceed on a superseding information and with a plea agreement reflecting the correct controlled substance involved in this case according to the newly received lab analysis.

**IT IS HEREBY ORDERED.**

Dated: 12/10/21

HONORABLE CYNTHIA BASHANT